ACCEPTED
03-14-00340-CV
4623779
THIRD COURT OF APPEALS
AUSTIN, TEXAS
3/24/2015 3:13:16 PM
JEFFREY D. KYLE
CLERK

## No. 03-14-00340-CV

## IN THE THIRD COURT OF APPEALS
## AUSTIN, TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
3/24/2015 3:13:16 PM
JEFFREY D. KYLE
Clerk

## APPELLANTS, CPS ENERGY, TIME WARNER CABLE TEXAS LLC AND SOUTHWESTERN BELL TELEPHONE COMPANY D/B/A AT&T// CROSS-APPELLANT, PUBLIC UTILITY COMMISSION OF TEXAS

## V.

## APPELLEE, PUBLIC UTILITY COMMISSION OF TEXAS// CROSS-APPELLEE, CPS ENERGY, TIME WARNER CABLE TEXAS LLC AND SOUTHWESTERN BELL TELEPHONE COMPANY D/B/A AT&T

**On appeal from D-1-GN-13-001238 (Consolidated)
in the 250th Judicial District Court, Travis County, Texas**

## UNOPPOSED JOINT MOTION FOR
## ADDITIONAL TIME FOR ORAL ARGUMENT

**CPS ENERGY**

Curt D. Brockmann
cdbrockmann@cpsenergy.com

145 Navarro
P.O. Box 1771
San Antonio, Texas 78296
(210) 353-5689 (Voice)
(210) 353-6832 (Facsimile)

**HERRERA & BOYLE, PLLC**

Alfred R. Herrera
State Bar No. 09529600
aherrera@herreraboylelaw.com

816 Congress Avenue, Suite 1250
Austin, Texas 78701
(512) 474-1492 (Voice)
(512) 474-2507 (Facsimile)

**March 24, 2015**

# UNOPPOSED JOINT MOTION FOR ADDITIONAL TIME FOR ORAL ARGUMENT

## TO THE HONORABLE THIRD COURT OF APPEALS:

Joint Movants file this Unopposed Joint Motion for Additional Time for Oral Argument ("Motion").[1] Consistent with Texas Rule of Appellate Procedure 10.1(a)(5), Joint Movants constitute all parties to this case and therefore this Motion is unopposed.

This case is set for submission and oral argument on Wednesday, April 22, 2015 at 1:30 PM, before a panel consisting of Justices Puryear, Pemberton, and Bourland. Oral argument is currently set for a total of 40 minutes for appellants and appellees. This case presents numerous questions of first impression for this Court, and therefore Joint Movants request an additional 20 minutes be granted to the appellants and the appellees to ensure sufficient time for oral argument.

In support of this Motion, Joint Movants show the following:

1. This is the first case addressing the Public Utility Commission's enforcement of Texas Utilities Code section 54.204 relating to pole attachments in municipalities.

---

[1] Joint movants to this motion are CPS Energy, Time Warner Cable Texas LLC, Southwestern Bell Telephone Company d/b/a AT&T Texas, and the Public Utility Commission of Texas.

2. There are four parties that need to address the Court as both Appellants and Appellees.

3. The administrative record on appeal is voluminous.

4. This case presents issues of first impression of importance not only to the litigants in this case, but also to municipally owned utilities across the State.

5. This case also presents issues of first impression of importance to entities that attach their network facilities to municipally owned utilities' poles.

6. This case also presents issues relating to the extent of the Public Utility Commission of Texas' jurisdiction over municipally owned utilities.

7. All parties to this proceeding have raised multiple points on appeal.

8. CPS Energy has raised five points of error.

9. Time Warner Cable Texas LLC has raised two points of error.

10. Southwestern Bell Telephone Company d/b/a/ AT&T Texas has raised three points of error.

11. The Public Utility Commission of Texas has raised two points of error.

12. An additional 20 minutes for appellants and appellees, for a total of 60 minutes for oral argument, will allow the parties sufficient time to more effectively present their points of error and assist the Court in deciding the issues in dispute.

13. No party opposes this Motion.

## PRAYER

Joint Movants respectfully request this Court grant an additional 20 minutes to the appellants and the appellees for oral arguments scheduled for April 22, 2015 at 1:30 PM, for a total of 60 minutes for oral argument, or such other additional time as the Court deems just.

Respectfully submitted,

**Counsel for CPS Energy:**

Curt D. Brockmann
cdbrockmann@cpsenergy.com

CPS Energy
145 Navarro
P.O. Box 1771
San Antonio, Texas 78296
(210) 353-5689 (Voice)
(210) 353-6832 (Facsimile)

HERRERA & BOYLE, PLLC

Alfred R. Herrera
State Bar No. 09529600
aherrera@herreraboylelaw.com

816 Congress Avenue, Suite 1250
Austin, Texas 78701
(512) 474-1492 (Voice)
(512) 474-2507 (Facsimile)

**By:** /s/ Alfred R. Herrera

**Alfred R. Herrera**

**Counsel for Public Utility Commission of Texas:**

Douglas Fraser
Megan Neal
Office of the Attorney General
P.O. Box 12548, Capitol Station
Austin, Texas 78711-02548
Phone:  (512) 463-2012
Fax:  (512) 457-4610
douglas.fraser@texasattorneygeneral.gov
megan.neal@texasattorneygeneral.gov

**By:** /s/ Douglas Fraser

**Douglas Fraser**

**Counsel for Time Warner Cable Texas LLC:**

Valerie P. Kirk
Melissa Lorber
Enoch Kever PLLC
600 Congress Avenue, Suite 2800
Austin, Texas 78701
Phone: (512) 615-1200
Fax: (512) 615-1198
vkirk@enochkever.com
mlorber@enochkever.com

John Davidson Thomas
J. Aaron George
Sheppard Mullin Richter & Hampton LLP
2099 Pennsylvania Ave. NW, Suite 100
Washington DC 20006
Phone: (202) 747-1900
Fax: (202) 747-1901

dthomas@sheppardmullin.com
ageorge@sheppardmullin.com


**By:** /s/J. Aaron George

**J. Aaron George**

**Counsel for AT&T Texas:**

Paul A. Drummond
Natalie L. Hall
AT&T Legal Department
1010 N. St. Mary's, 14th Floor
San Antonio, Texas 78215
Phone: (210) 351-4830
Fax: (210) 886-2127
paul.drummond@att.com
natalie.hall@att.com
Joseph E. Cosgrove, Jr.
Katherine C. Swaller
Thomas Ballo
AT&T Legal Department
816 Congress Avenue, Suite 1100
Austin, Texas 78701
Phone: (512) 457-2304
Fax: (512) 870-3420
joseph.cosgrove.jr@att.com
katherine.swaller@att.com
thomas.ballo@att.com

Michael T. Sullivan
Mayer Brown LLP
71 S. Wacker Drive
Chicago, IL 60606
Phone: (312) 782-0600
Fax: (312) 706-8689
msullivan@mayerbrown.com

**By:** /s/ Michael T. Sullivan

**Michael T. Sullivan**

## CERTIFICATE OF CONFERENCE

As required by Texas R. App. P. 10.1(a)(5), I certify that I have conferred with all other parties (which are listed below) and this Motion is Unopposed.

By: /s/Alfred R. Herrera
Alfred R. Herrera

## CERTIFICATE OF SERVICE

I hereby certify that, a true and correct copy of the **Unopposed Joint Motion for Additional Time for Oral Argument** was filed and served on the following counsel of record in accordance with local rules of Travis County, Texas, the Texas Rules of Civil Procedure, and the Texas Rules of Appellate Procedure on this the 24th of March, 2015.

By: /s/Alfred R. Herrera
Alfred R. Herrera

# LIST OF PARTIES

## PARTIES AND ATTORNEYS FOR
### Trial Court Case No. D-1-GN-13-001238 (Consolidated)
### Third Court of Appeals 03-13-00340-CV

| **Counsel for CPS Energy:** | **Counsel for AT&T Texas:** |
|---|---|
| Curt D. Brockmann<br>CPS Energy<br>145 Navarro<br>P.O. Box 1771<br>San Antonio, TX 78296<br>Phone: (210) 353-5689<br>Fax: (210) 353-6832<br>cdbrockmann@cpsenergy.com<br><br>**HERRERA & BOYLE, PLLC**<br><br>Alfred R. Herrera<br>State Bar No. 09529600<br>aherrera@herreraboylelaw.com<br><br>816 Congress Avenue, Suite 1250<br>Austin, Texas 78701<br>(512) 474-1492 (Voice)<br>(512) 474-2507 (Facsimile) | Paul A. Drummond<br>Natalie L. Hall<br>AT&T Legal Department<br>1010 N. St. Mary's, 14th Floor<br>San Antonio, Texas 78215<br>Phone:  (210) 351-4830<br>Fax:  (210) 886-2127<br>paul.drummond@att.com<br>natalie.hall@att.com<br><br>Joseph E. Cosgrove, Jr.<br>Katherine C. Swaller<br>Thomas Ballo<br>AT&T Legal Department<br>816 Congress Avenue, Suite 1100<br>Austin, Texas 78701<br>Phone:  (512) 457-2304<br>Fax:  (512) 870-3420<br>joseph.cosgrove.jr@att.com<br>katherine.swaller@att.com<br>thomas.ballo@att.com |
| **Counsel for Public Utility Commission of Texas:**<br><br>Douglas Fraser<br>Megan Neal<br>Office of the Attorney General<br>P.O. Box 12548, Capitol Station<br>Austin, Texas 78711-02548<br>Phone:  (512) 463-2012<br>Fax:  (512) 457-4610<br>douglas.fraser@texasattorneygeneral.gov<br>megan.neal@texasattorneygeneral.gov | Michael T. Sullivan<br>Mayer Brown LLP<br>71 S. Wacker Drive<br>Chicago, IL  60606<br>Phone:  (312) 782-0600<br>Fax:  (312) 706-8689<br>msullivan@mayerbrown.com |

**Counsel for Time Warner Cable Texas LLC:**

Valerie P. Kirk
Melissa Lorber
Enoch Kever PLLC
600 Congress Avenue, Suite 2800
Austin, Texas 78701
Phone: (512) 615-1200
Fax: (512) 615-1198
vkirk@enochkever.com
mlorber@enochkever.com

John Davidson Thomas
J. Aaron George
Sheppard Mullin Richter & Hampton LLP
2099 Pennsylvania Ave. NW, Suite 100
Washington DC 20006
Phone: (202) 747-1900
Fax: (202) 747-1901

dthomas@sheppardmullin.com
ageorge@sheppardmullin.com